# IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | Tyra H. Cardwell<br>Debtor | ) Chapter 13<br>)<br>) No. 19-12206-AMC<br>) |

## CERTIFICATION OF NO RESPONSE

I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

/s/David M. Offen
**David M. Offen**
**Attorney for Debtor**

**Date:7/16/19**