```
         IN THE UNITED STATES BANKRUPTCY COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

    IN RE:                    :    CHAPTER 13
                              :
     Tyra Cardwell            :    No. 19-12206-AMC
         Debtor               :
```

ORDER DISALLOWING CLAIM #17-1

AND NOW, this ____ day of _____, 2020, it is hereby ORDERED and DECREED that the claim filed by Pennsylvania Housing Finance Agency (Claim #17-1) in the amount of $62,201.82 is hereby DISALLOWED.

_____
HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE

CC:

William C. Miller, Trustee

David M. Offen, Esquire

Tyra Cardwell