IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Tyra H. Cardwell<br>  Debtor | : | No.  19-12206-AMC |

**PRAECIPE  TO  WITHDRAW**

Pursuant to the above-captioned matter, kindly withdraw the Objection to Claim filed on 12/2/2019.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated:  February 24, 2020