United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 19-12206-amc
Tyra H. Cardwell                                                            Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: DonnaR              Page 1 of 2         Date Rcvd: Apr 29, 2020
                             Form ID: 160              Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
```
db            +Tyra H. Cardwell,    1645 N 59th Street,    Philadelphia, PA 19151-3940
14302741      +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
14302747      +Daniel J. Santucci, Esq.,    1 International Plaza,    5th Floor,   Philadelphia, PA 19113-1510
14302752      +Jefferson Health,    PO Box 785992,    Philadelphia, PA 19178-5992
14302753      +Jn Portfolio Debt Equities, LLC,    Attn: Bankruptcy,    5757 Phantom Dr. Ste 225,
               Hazelwood, MO 63042-2429
14302754      +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14321478     ++LCI,    PO BOX 1931,    BURLINGAME CA 94011-1931
               (address filed with court:   COMCAST,    PO BOX 1931,    Burlingame, CA 94011)
14302756      +Michael J. Dougherty, Esq.,    170 S. Independence Mall West,    Suite 874 West,
               Philadelphia, PA 19106-3315
14302760      +NCB Management Services, Inc.,    P.O. Box 1099,    Langhorne, PA 19047-6099
14302763      +PGW,   Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
               Philadelphia, PA 19122-2806
14302764      +Police &fire,    1 Greenwood Square Office Park,    3333 Street Rd.,    Bensalem, PA 19020-2022
14302768       ProCo,    P.O. Box 2462,    Aston, PA 19014-0462
14302769      +Professional Bureau of Collections of Ma,    Attn: Bankruptcy,    5295 Dtc Parkway,
               Greenwood Village, CO 80111-2752
14302771     #+SRA Associates,    401 Minnetonka Road,    Hi Nella, NJ 08083-2914
14302773      +Wells Fargo Bank,    Mac F823f-02f,    Po Box 10438,    Des Moines, IA 50306-0438
14334426       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
               Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2020 03:28:58      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14302742       E-mail/Text: Bankruptcy.RI@Citizensbank.com Apr 30 2020 03:18:57      Citizens Bank,
               1 Citizens Dr,    Riverside, RI 02915
14302743       E-mail/Text: megan.harper@phila.gov Apr 30 2020 03:19:37      City of Philadelphia - Law Dept.,
               One Parkway Bldg.,    1515 Arch Street, 14th Fl,    Philadelphia, PA 19107
14302744      +E-mail/Text: mediamanagers@clientservices.com Apr 30 2020 03:18:56       Client Services, Inc.,
               PO Box 1503,    Saint Peters, MO 63376-0027
14302745       E-mail/Text: convergent@ebn.phinsolutions.com Apr 30 2020 03:19:32
               Convergent Outsourcing, Inc.,    PO Box 9004,    Renton, WA 98057-9004
14302749       E-mail/Text: mrdiscen@discover.com Apr 30 2020 03:18:58      Discover Financial,
               Attn: Bankruptcy Department,    Po Box 15316,    Wilmington, DE 19850
14302748      +E-mail/PDF: pa_dc_ed@navient.com Apr 30 2020 03:30:01      Dept of Ed / Navient,
               Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
14337182      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 30 2020 03:29:03       Directv, LLC,
               by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14308998       E-mail/Text: mrdiscen@discover.com Apr 30 2020 03:18:58      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14302750      +E-mail/Text: bknotice@ercbpo.com Apr 30 2020 03:19:25      ERC/Enhanced Recovery Corp,
               Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14324854       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 30 2020 03:19:29      Jefferson Capital Systems LLC,
               Po Box 7999,    Saint Cloud Mn 56302-9617
14302751       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 30 2020 03:19:29      Jefferson Capital Systems, LLC,
               Po Box 1999,    Saint Cloud, MN 56302
14321478       E-mail/Text: documentfiling@lciinc.com Apr 30 2020 03:18:57      COMCAST,    PO BOX 1931,
               Burlingame, CA 94011
14308925       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2020 03:29:02       LVNV Funding, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14302755      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2020 03:29:31
               LVNV Funding/Resurgent Capital,    Attn: Bankruptcy,    Po Box 10497,
               Greenville, SC 29603-0497
14302757      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 30 2020 03:19:23      Midland Funding,
               2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14326653      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 30 2020 03:19:23      Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
14302759      +E-mail/Text: bankruptcy@sccompanies.com Apr 30 2020 03:19:57      Monroe & Main,
               1112 7th Avenue,    Monroe, WI 53566-1364
14323210      +E-mail/Text: bankruptcy@sccompanies.com Apr 30 2020 03:19:57      Monroe & Main,
               c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14343317       E-mail/PDF: pa_dc_claims@navient.com Apr 30 2020 03:30:07
               Navient Solutions, LLC on behalf of,    Department of Education Loan Services,   PO BOX 9635,
               Wilkes-Barre, PA 18773-9635
14345804      +E-mail/Text: blegal@phfa.org Apr 30 2020 03:19:24      PENNSYLVANIA HOUSING FINANCE AGENCY,
               211 North Front Street,    Harrisburg, PA 17101-1406
14302762       E-mail/Text: blegal@phfa.org Apr 30 2020 03:19:24      Pennsylvania Housing Finance Agency,
               Attn: Bankruptcy,    Po Box 8029,    Harrisburg, PA 17105
14341953       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2020 03:29:00
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14302761      +E-mail/Text: bankruptcygroup@peco-energy.com Apr 30 2020 03:19:05       Peco Energy,
               2301 Market Street,    Philadelphia, PA 19103-1380
```

```
District/off: 0313-2          User: DonnaR               Page 2 of 2              Date Rcvd: Apr 29, 2020
                              Form ID: 160               Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14339606          E-mail/PDF: resurgentbknotifications@resurgent.com Apr 30 2020 03:29:02
                   Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                   Greenville, SC 29603-0587
14302766         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 30 2020 03:29:59
                   Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
14302770         +E-mail/Text: bankruptcy@sw-credit.com Apr 30 2020 03:19:24      Southwest Credit Systems,
                   4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
14302987         +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2020 03:28:58      Synchrony Bank,
                   c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14302772         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 30 2020 03:18:53
                    Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                   Weldon Springs, MO 63304-2225
14381678         +E-mail/Text: megan.harper@phila.gov Apr 30 2020 03:19:37      Water Revenue Bureau,
                   c/o Pamela Elchert Thurmond,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                   1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                              TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14302746*         Convergent Outsourcing, Inc.,    PO Box 9004,    Renton, WA 98057-9004
14302758*        +Midland Funding,    2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
14302765*        +Police &fire,    1 Greenwood Square Office Park,    3333 Street Rd.,    Bensalem, PA 19020-2022
14302767*        +Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 29, 2020 at the address(es) listed below:
```
              DAVID M. OFFEN    on behalf of Debtor Tyra H. Cardwell dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JACK K. MILLER     on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 7
```

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Tyra H. Cardwell
    Debtor(s)                          Case No: 19−12206−amc

Chapter: 13

---

## NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court,

on: 8/4/20

at: 10:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 4/29/20                                                     For The Court

                                                                          Timothy B. McGrath
                                                                           Clerk of Court

41 − 28
Form 160