```
United States Bankruptcy Court
Eastern District of Pennsylvania
```

In re:                                                                    Case No. 19-12206-amc
Tyra H. Cardwell                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: TashaD              Page 1 of 1             Date Rcvd: Jul 28, 2020
                              Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.
db             +Tyra H. Cardwell,   1645 N 59th Street,   Philadelphia, PA 19151-3940

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14302742        E-mail/Text: Bankruptcy.RI@Citizensbank.com Jul 29 2020 04:36:33      Citizens Bank,
                 1 Citizens Dr,   Riverside, RI 02915
                                                                                                TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:
        DAVID M. OFFEN    on behalf of Debtor Tyra H. Cardwell dmo160west@gmail.com, davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
        JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com, ecfemails@ph13trustee.com
        KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
        LEON P. HALLER    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com
        REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| Tyra H. Cardwell | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 19-12206amc |

## NOTICE

To the debtor, debtor's counsel, trustee, and creditor Citizens Bank;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 17,299.00 Amount of Claim has been filed in your name by David M. Offen Filer of Claim on 7/28/2020 Date Claim Filed.

Dated: July 28, 2020

FOR THE COURT

TIMOTHY B. MCGRATH
CLERK

By: Tasha D Dawsonia
Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)