IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :        Chapter 13

Tyra H. Cardwell                                    :        Case No. 19-12206-AMC
xxx-xx-4374

Debtor

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE

TO THE DEBTOR'S EMPLOYER:

The future earnings of the above named Debtor is subject to the continuing supervision and control of the Court for the purpose of enforcing and carrying out the Debtor's plan.

IT IS THEREFORE ORDERED that the Employer of the Debtor shall deduct from the wages of the Debtor, beginning with the next pay period after receipt of the Order the sum of

**$250.00 EVERY TWO (2) WEEKS**.

The Employer shall continue these deductions until further Order of this Court and shall remit all monies withheld from the Debtor's wages at least monthly, or more frequently to the Standing Trustee whose name and address appear below.

All prior Wages Orders are TERMINATED.

Date: October 6, 2023

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

Make checks payable to:             David M. Offen Esq.
Kenneth E. West, Esquire            Suite 160 West, Curtis Ctr.
Chapter 13 Trustee                  Philadelphia, PA 19106
PO Box 1799                         (215) 625-9600
Memphis, TN 38101-1799

Payroll Controller
City of Philadelphia
440 N. Broad Street
Philadelphia, PA 19130