IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE:                          :       Chapter 13


Tyra H. Cardwell                :       Case No. 19-12206-AMC
xxx-xx-4374


        Debtor


ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION
FOR REMITTANCE TO STANDING TRUSTEE


TO THE DEBTOR'S EMPLOYER:

        The future earnings of the above named Debtor is subject to
the continuing supervision and control of the Court for the purpose
of enforcing and carrying out the Debtor's plan.

        IT IS THEREFORE ORDERED that the Employer of the Debtor shall
deduct from the wages of the Debtor, beginning with the next pay
period after receipt of the Order the sum of

                    **$300.00 EVERY TWO (2) WEEKS**.

        The Employer shall continue these deductions until further
Order of this Court and shall remit all monies withheld from the
Debtor's wages at least monthly, or more frequently to the Standing
Trustee whose name and address appear below.

        All prior Wages Orders are TERMINATED.


                        _____
                        HONORABLE ASHELY M. CHAN
                        UNITED STATES BANKRUPTCY JUDGE


<u>Make checks payable to:</u>     David M. Offen Esq.
Kenneth E. West, Esquire        Suite 160 West, Curtis Ctr.
Chapter 13 Trustee              Philadelphia, PA 19106
PO Box 1799                     (215) 625-9600
Memphis, TN 38101-1799


Payroll Controller
City of Philadelphia
440 N. Broad Street
Philadelphia, PA 19130