Certificate Number: 12433-PAE-DE-038612187

Bankruptcy Case Number: 19-12206



12433-PAE-DE-038612187

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 26, 2024, at 5:16 o'clock PM EDT, Tyra H. Cardwell completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 26, 2024             By:   /s/Candace Jones

                                  Name: Candace Jones

                                  Title: Counselor