United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Tyra H. Cardwell  
    Debtor

Case No. 19-12206-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: 138OBJ | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Tyra H. Cardwell, 1645 N 59th Street, Philadelphia, PA 19151-3940 |
| 14302752 | + | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 14302987 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 27 2024 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 27 2024 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14302742 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 27 2024 23:58:00 | Citizens Bank, 1 Citizens Dr, Riverside, RI 02915 |
| 14381678 | | Email/Text: megan.harper@phila.gov | Jun 27 2024 23:59:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14302743 | | Email/Text: megan.harper@phila.gov | Jun 27 2024 23:59:00 | City of Philadelphia - Law Dept., One Parkway Bldg., 1515 Arch Street, 14th Fl, Philadelphia, PA 19107 |
| 14321478 | + | Email/Text: documentfiling@lciinc.com | Jun 27 2024 23:58:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14302741 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 28 2024 00:07:28 | Citibank/Best Buy, Attn: Bankruptcy, Po Box 790441, St. Louis, MO 63179-0441 |
| 14302744 | + | Email/Text: mediamanagers@clientservices.com | Jun 27 2024 23:58:00 | Client Services, Inc., PO Box 1503, Saint Peters, MO 63376-0027 |
| 14302745 | | Email/Text: convergent@ebn.phinsolutions.com | Jun 27 2024 23:59:55 | Convergent Outsourcing, Inc., PO Box 9004, Renton, WA 98057-9004 |
| 14302749 | | Email/Text: mrdiscen@discover.com | Jun 27 2024 23:58:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14302747 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2024 23:58:00 | Daniel J. Santucci, Esq., 1 International Plaza, 5th Floor, Philadelphia, PA 19113-1510 |
| 14302748 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 28 2024 00:07:27 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 14337182 | + | Email/PDF: ebn_ais@aisinfo.com | | |

Case 19-12206-amc    Doc 81    Filed 06/29/24    Entered 06/30/24 00:40:12    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: 138OBJ | Total Noticed: 44 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 28 2024 00:07:54 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14308998 | | Email/Text: mrdiscen@discover.com | Jun 27 2024 23:58:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14302750 | + | Email/Text: bknotice@ercbpo.com | Jun 27 2024 23:58:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14324854 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2024 23:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14302751 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 27 2024 23:59:00 | Jefferson Capital Systems, LLC, Po Box 1999, Saint Cloud, MN 56302 |
| 14302752 | ^ | MEBN | Jun 27 2024 23:57:59 | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 14302753 | + | Email/Text: bknotificationdistribution@jhcapitalgroup.com | Jun 27 2024 23:59:00 | Jn Portfolio Debt Equities, LLC, Attn: Bankruptcy, 5757 Phantom Dr. Ste 225, Hazelwood, MO 63042-2429 |
| 14302754 | ^ | MEBN | Jun 27 2024 23:58:04 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14308925 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2024 00:07:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14302755 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2024 00:07:26 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14302756 | + | Email/Text: PHILAW@weltman.com | Jun 27 2024 23:58:00 | Michael J. Dougherty, Esq., 170 S. Independence Mall West, Suite 874 West, Philadelphia, PA 19106-3323 |
| 14302757 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2024 23:58:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14326653 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2024 23:58:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14302759 | + | Email/Text: bankruptcy@sccompanies.com | Jun 27 2024 23:59:00 | Monroe & Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14323210 | + | Email/Text: bankruptcy@sccompanies.com | Jun 27 2024 23:59:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14302760 | ^ | MEBN | Jun 27 2024 23:57:53 | NCB Management Services, Inc., P.O. Box 1099, Langhorne, PA 19047-6099 |
| 14343317 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Jun 28 2024 00:07:42 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14345804 | + | Email/Text: blegal@phfa.org | Jun 27 2024 23:58:00 | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14302762 | | Email/Text: blegal@phfa.org | Jun 27 2024 23:58:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14302763 | ^ | MEBN | Jun 27 2024 23:57:50 | PGW, Credit and Collections Department, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2806 |
| 14341953 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2024 00:07:26 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14302769 | | Email/Text: compliance@pbcmcorp.com | Jun 27 2024 23:58:00 | Professional Bureau of Collections of Ma, Attn: Bankruptcy, 5295 Dtc Parkway, Greenwood Village, CO 80111 |
| 14302761 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 27 2024 23:58:00 | Peco Energy, 2301 Market Street, Philadelphia, PA 19103-1380 |

Case 19-12206-amc    Doc 81    Filed 06/29/24    Entered 06/30/24 00:40:12    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: 138OBJ | Total Noticed: 44 |

| 14339606 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 28 2024 00:07:54 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
|---|---|---|---|---|
| 14302764 | + | Email/Text: bankruptcy1@pffcu.org | Jun 27 2024 23:58:00 | Police &fire, 1 Greenwood Square Office Park, 3333 Street Rd., Bensalem, PA 19020-2022 |
| 14302766 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 28 2024 00:07:26 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14302770 | + | Email/Text: bankruptcy@sw-credit.com | Jun 27 2024 23:58:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14302987 | ^ | MEBN | Jun 27 2024 23:58:22 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14302772 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 27 2024 23:58:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14302773 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 28 2024 00:07:55 | Wells Fargo Bank, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 14334426 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 28 2024 00:07:47 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14302746 | * | Convergent Outsourcing, Inc., PO Box 9004, Renton, WA 98057-9004 |
| 14302758 | *+ | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2710 |
| 14302765 | *+ | Police &fire, 1 Greenwood Square Office Park, 3333 Street Rd., Bensalem, PA 19020-2022 |
| 14302767 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 14302768 | ## | ProCo, P.O. Box 2462, Aston, PA 19014-0462 |
| 14302771 | ##+ | SRA Associates, 401 Minnetonka Road, Hi Nella, NJ 08083-2914 |

TOTAL: 0 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Jun 29, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Tyra H. Cardwell dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 27, 2024 | Form ID: 138OBJ | Total Noticed: 44 |

DENISE ELIZABETH CARLON
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

LEON P. HALLER
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
    dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

*Form 138OBJ* (6/24)−doc 80 − 72

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Tyra H. Cardwell )  Case No. 19−12206−amc
   aka Tyra H Walker )
 )
   Debtor(s). )  Chapter: 13
 )
 )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: June 27, 2024            For The Court

                                                   Timothy B. McGrath
                                                   Clerk of Court